NB:BTR:aoa
F. 2014R01850

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT

★ AUG 10 2015

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

THOMAS MCCABE,

           Defendant.

- - - - - - - - - - - - - - - - - -X

NOTICE OF MOTION

Criminal Docket No. CR-15 391

FEUERSTEIN, J

LOCKE, M. J.

       PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant THOMAS MCCABE's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Central Islip, New York
            August 10, 2015

                                          KELLY T. CURRIE
                                          United States Attorney
                                          Eastern District of New York
                                          Attorney for Plaintiff
                                          610 Federal Plaza
                                          Central Islip, New York 11722

                         By:    _____
                                          Burton T. Ryan, Jr.
                                          Assistant United States Attorney
                                          (631) 715-7853